IRENE HART, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.

(Submitted November 21, 1932; decided November 29, 1932.)

*Joseph A. Reilly* for motion.

*William J. Moran* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.